KELLY *et al.* v. VANDIVER *et al., Appellants.*

Division Two, November 23, 1897.

The case of *Fischer v. Johnson,* 139 Mo. 433, followed and approved.

*Appeal from New Madrid Circuit Court.*—HON. H. C. RILEY, Judge.

TRANSFERRED TO ST. LOUIS COURT OF APPEALS.

*J. L. Fort* for appellants.

*T. R. R. Ely* for respondents.

BURGESS, J.—This is an action under the statute for the claim and delivery of a lot of staves of the alleged value of $75. The case was appealed from the circuit court of New Madrid county.

Under the ruling in *Fischer v. Johnson et al.,* 139 Mo. 433, this court has no jurisdiction of the appeal, and the record is ordered to be transferred to the St. Louis Court of Appeals. GANTT, P. J., and SHERWOOD, J., concur.